**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

MICHAEL PRINCE and BEVERLY PRINCE,

           Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

           Defendants.

------------------------------------------------------------X



08 CIVIL 5400 (LTS)(DCF)

**JUDGMENT**

     Whereas on September 2, 2009, this Court having issued a Memorandum Opinion and Order granting motions to dismiss filed by the City of New York, the City of New York Department of Housing Preservation and Development, the New York City Fire Department, and Charles Mitchell, and on the same day, the Court having issued an Order to Show Cause as to why plaintiffs' federal claims ought not be dismissed as against all remaining defendants for the reasons stated in the Memorandum Opinion and Order, and the matter having come before the Honorable Laura T. Swain, United States District Judge, and the Court, on May 5, 2010, having rendered its Order directing the Clerk of the Court to terminate all pending motions, close this case, and to enter judgment in defendants' favor dismissing plaintiffs' federal claims with prejudice and declining to exercise jurisdiction of plaintiffs' state law claims, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 5, 2010, judgment is entered in defendants' favor dismissing plaintiffs' federal claims with prejudice and declining to exercise jurisdiction of plaintiffs' state law claims; accordingly, all pending motions are terminated and the case is closed.

**Dated:** New York, New York
       May 10, 2010

                                                     **RUBY J. KRAJICK**

                                                           Clerk of Court

                                   BY:

                                                           **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____