UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/10
```

__Michael Prince__
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

__City of New York, et al__

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

08 Civ. 5400 (LTS)(DCF)

**REQUEST TO PROCEED
IN FORMA PAUPERIS
ON APPEAL**

I, __Michael Prince__, (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* on appeal and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

The issues I desire to present on appeal are the following: __The termination of the controversy without responcents having to make even minor disclosures of the facts.__

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    __Not employed__

2. If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    __4/20/10  @ Warsaw Int__

*Rev. 07/2007*                              1

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

_No_

   a) Are you receiving any public benefits?   ☒ No.   ☐ Yes, $_____.

   b) Do you receive any income from any other source?   ☒ No.   ☐ Yes, $_____.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☒ No.   ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No.   ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☒ No.   ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

   _None_

8. State any special financial circumstances which the Court should consider.

   _Unemployed_
   _House in Foreclosure_

*Rev. 07/2007*

2

I understand that a false statement or answer to any question in this declaration shall subject me to the penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___14___ day of ___5___, ___10___.
              *date*                    *month*     *year*

_____
*Signature*

**Let the applicant proceed on appeal without prepayment of cost or fees or the necessity of giving security therefor.**

_____
United States District Judge

DATED: _____ ___, 20__

_____, New York

*Rev. 07/2007*

3