, Deputy Clerk

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/10

PRO SE OFFICE

---------------------------------X
|
|
-V-            |
|
|
---------------------------------X

NOTICE OF APPEAL

08 civ. 5400   (LTS) (DCF)

Notice is hereby given that _____
                                              (party)
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]
Dismissal of the above cited docket absent due process of Procedure; specifically without having scheduled any discovery or other meaningful inquest concerning the facts involved in the case

entered in this action on the _____ day of _____, _____.
                               (day)              (month)          (year)

_____
(Signature)

_____
(Address)

_____
(City, State and Zip Code)

Date: _____   ( ) _____ - _____
                          (Telephone Number)

<u>Note:</u> You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

APPEAL FORMS

Revised: April 9, 2006

 

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL PRINCE and BEVERLY PRINCE,

                Plaintiffs,

    -against-

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

08 CIVIL 5400 (LTS)(DCF)

**JUDGMENT**

    Whereas on September 2, 2009, this Court having issued a Memorandum Opinion and Order granting motions to dismiss filed by the City of New York, the City of New York Department of Housing Preservation and Development, the New York City Fire Department, and Charles Mitchell, and on the same day, the Court having issued an Order to Show Cause as to why plaintiffs' federal claims ought not be dismissed as against all remaining defendants for the reasons stated in the Memorandum Opinion and Order, and the matter having come before the Honorable Laura T. Swain, United States District Judge, and the Court, on May 5, 2010, having rendered its Order directing the Clerk of the Court to terminate all pending motions, close this case, and to enter judgment in defendants' favor dismissing plaintiffs' federal claims with prejudice and declining to exercise jurisdiction of plaintiffs' state law claims, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 5, 2010, judgment is entered in defendants' favor dismissing plaintiffs' federal claims with prejudice and declining to exercise jurisdiction of plaintiffs' state law claims; accordingly, all pending motions are terminated and the case is closed.

**Dated:** New York, New York
          May 10, 2010

                                                       **RUBY J. KRAJICK**

                                                                 Clerk of Court
                                        BY:

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON __5/10/10__

                                                                 Deputy Clerk