**MANDATE**

S.D.N.Y. - N.Y.C.
08-cv-5400
Swain, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 23rd day of November, two thousand ten,

Present:

    Dennis Jacobs,
        *Chief Judge,*
    Amalya L. Kearse,
    Chester J. Straub,
        *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC. 23, 2010

Michael Prince,

        *Plaintiff-Appellant,*

v.

City of New York *et al.*,

        *Defendants-Appellees.*

10-2561-cv

Appellant, *pro se,* moves for leave to proceed *in forma pauperis* in his appeal from the district court's dismissal of his 42 U.S.C. § 1983 complaint. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See* 28 U.S.C. § 1915(e); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (defining when an action lacks an arguable basis in law or fact).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

**MANDATE ISSUED ON 12/23/2010**